AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEB NY Financial Corp., | ) | 10 CV 5911 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Graceland Property LLC and Sun Hee Chun | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Graceland Property LLC, 4111 West Manor Circle, Memphis, TN 38116

Sun Hee Chun, 2704 Tall Pines, Pine Hill, New Jersey 08021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> T. Steven Har
> Duane Morris LLP
> 1540 Broadway
> New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: AUG 0 5 2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
KEB NY FINANCIAL CORP.,

        Plaintiff(s),                               Index No.10 CIV 5911

    -against-                                 AFFIDAVIT OF SERVICE

GRACELAND PROPERTY LLC
And SUN HEE CHUN,

        Defendant(s).
-----------------------------------------------------X
STATE OF NEW JERSEY  )
                              S.S.:
COUNTY OF MIDDLESEX)

        ROBERT F. TAYLOR, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 12th day of August, 2010, at approximately 6:00 am, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Judge P. Kevin Castel and Electronic Case Filing Rules & Instructions upon Sun Hee Chun at 2704 Tall Pines, Pine Hill, New Jersey, by personally delivering and leaving the same with Monica Chun, Daughter, a person of suitable age and discretion at that address, the actual place of residence.  At the time of service, deponent asked if Sun Hee Chun is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

        Monica Chun is an Asian female, approximately 30 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 125 pounds with black hair.

That on the 12th day of August, 2010, deponent served another copy of the foregoing upon Sun Hee Chun by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, State of New Jersey, addressed as follows:

Sun Hee Chun
2704 Tall Pines
Pine Hill, New Jersey 08021

_____
ROBERT F. TAYLOR

Sworn to before me this
12th day of August, 2010

_____
NOTARY PUBLIC

DOLORES J. TAYLOR
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/28/2014