AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| KEB NY Financial Corp., <br><br> *Plaintiff* <br> v. <br> Graceland Property LLC and Sun Hee Chun <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10 CV 5911 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Graceland Property LLC, 4111 West Manor Circle, Memphis, TN 38116

Sun Hee Chun, 2704 Tall Pines, Pine Hill, New Jersey 08021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> T. Steven Har
> Duane Morris LLP
> 1540 Broadway
> New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: AUG 0 5 2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEB NY FINANCIAL CORP.,

        Plaintiff(s),

        -against-

GRACELAND PROPERTY LLC
And SUN HEE CHUN,

        Defendant(s).
------------------------------------------------------------X

Index No.10 CIV 5911

AFFIDAVIT OF SERVICE

STATE OF TENNESEE  )
                        S.S.:
COUNTY OF SHELBY)

        SUSAN ADAMS, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 9th day of August, 2010, at approximately 11:32 am, deponent served a true copy of the Summons in a Civil Action, Complaint, Individual Practices of Judge P. Kevin Castel and Electronic Case Filing Rules & Instructions upon Graceland Property LLC at 4111 West Manor Circle, Memphis, Tennessee, by personally delivering and leaving the same with Brian Stanford, Property Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Brian Stanford is a white male, approximately 35 years of age, stands approximately 6 feet 0 inches tall, and weighs approximately 150 pounds with reddish blonde hair.

_____
SUSAN ADAMS

Sworn to before me this
12th day of August, 2010

_____
NOTARY PUBLIC