T. Steven Har (TH2601)
Duane Morris LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
(212) 692-1020
TSHar@duanemorris.com

*Attorneys for Plaintiff*
*KEB NY Financial Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEB NY Financial Corp.<br><br>Plaintiff,<br><br>v.<br><br>Graceland Property LLC and Sun Hee Chun<br><br>Defendants. | Civil Action No. 1:10-cv-05911-PKC |

### NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that plaintiff, KEB NY Financial Corp. ("KEB" or "Plaintiff"), by its undersigned counsel, Duane Morris LLP, will hereby move before this Court, Hon. P. Kevin Castel, United States District Judge, for an order pursuant to Fed. R. Civ. P. 55(b) granting plaintiff's motion for entry of default judgment in plaintiff's favor against defendants Graceland Property LLC and Sun Hee Chun, individually.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Complaint filed commencing the within action, the Declaration of T. Steven Har filed simultaneously herewith, the enclosed Clerk's Certificate, and the enclosed proof of service of the summons and complaint, in support of the within motion.

DM1\2440442.1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of default judgment has been annexed hereto.

Dated: New York, New York
December 20, 2010

                                      DUANE MORRIS LLP
                                      *Attorneys for Plaintiff, KEB NY Financial Corp.*

                                      By: _____*s/ T. Steven Har*_____
                                              T. Steven Har
                                      1540 Broadway
                                      New York, New York 10036
                                      212) 692-1000
                                      (212) 692-1020
                                      TSHar@duanemorris.com

To:    Graceland Properties LLC
         4111 West Manor Circle
         Memphis, TN 38116

         Sun Hee Chun
         2704 Tall Pines
         Pine Hill, NJ 08021

DM1\2440442.1