UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEB NY FINANCIAL CORP.,

            1:10-cv-05911-PKC

      Plaintiff,

   -against-       **CERTIFICATE OF SERVICE**

GRACELAND PROPERTY LLC and
SUN HEE CHUN

      Defendants.
------------------------------------------------------------X

   I, JULIA L. WATTS, hereby certify that I am employed in the County of New York, State of New York, am over the age of 18 and not a party to the within action. My business address is 1540 Broadway, 12th Floor, New York, New York 10036.

   On December 20, 2010, I served the foregoing document(s) described as: NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT, DECLARATION OF T. STEVEN HAR IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b), EXHIBITS A-E, and DEFAULT JUDGMENT on the interested parties in this action via First Class Mail, at the addresses listed below, as follows:

   Graceland Property, LLC
   4111 West Manor Circle
   Memphis, TN 38116

   Sun Hee Chun
   2704 Tall Pines
   Pine Hill, NJ 08021

   by placing a true copy thereof enclosed in a sealed envelope, addressed as above, and by placing said sealed envelope for collection and mailing on that date.

                 _____
                 Julia L. Watts

Sworn to before me this 21st
day of December, 2010.

_____
NOTARY PUBLIC

LAURIE DEALE
Notary Public, State of New York
No. 01DE6144191
Qualified in West Chester County
COMMISSION EXPIRES 04/24/2014

DM1\2444200.1

## Replies, Opposition and Supporting Documents
1:10-cv-05911-PKC KEB NY Financial Corp. v. Graceland Property LLC et al
ECF, RELATED

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:48 PM EST and filed on 12/20/2010
**Case Name:** KEB NY Financial Corp. v. Graceland Property LLC et al
**Case Number:** 1:10-cv-05911-PKC
**Filer:** KEB NY Financial Corp.
**Document Number:** 8

**Docket Text:**
**DECLARATION of T. Steven Har in Support re: [7] MOTION for Default Judgment as to** *Graceland Property LLC and Sun Hee Chun***.. Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default as to Graceland Property LLC, # (2) Text of Proposed Order Default as to Sun Hee Chun)(Har, Taewoong)**

**1:10-cv-05911-PKC Notice has been electronically mailed to:**

Taewoong Steven Har    tshar@duanemorris.com

**1:10-cv-05911-PKC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066318-0] [9776efc873c11af8a6f301671ede00598e7de37e49bd065f10c59c948461fa4e4b 63b334f6c8be6177bd54f766e43f449c963405d4fede9c5a053143add4b116]]
**Document description:** Text of Proposed Order Default as to Graceland Property LLC
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066318-1] [5c181bf196d732f862ef241089adec7d36fd2353411888836a97d1bf83841fbb34 921f9d4c5be8e372323069b2d90d130861168ce90342a725f3cf59dabeb1ce]]
**Document description:** Text of Proposed Order Default as to Sun Hee Chun
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066318-2] [6d18e5c5729f7cae8cce485b02c23c0d867f9687426cafb4749bd6a40d241772b7 43526d4bd2afd2173e6ad279207946f78cd51dd740d8d210b830cf0b0327cf]]

## Replies, Opposition and Supporting Documents
1:10-cv-05911-PKC KEB NY Financial Corp. v. Graceland Property LLC et al
ECF, RELATED

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:48 PM EST and filed on 12/20/2010
**Case Name:** KEB NY Financial Corp. v. Graceland Property LLC et al
**Case Number:** 1:10-cv-05911-PKC
**Filer:** KEB NY Financial Corp.
**Document Number:** 8

**Docket Text:**
DECLARATION of T. Steven Har in Support re: [7] MOTION for Default Judgment as to *Graceland Property LLC and Sun Hee Chun*.. Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default as to Graceland Property LLC, # (2) Text of Proposed Order Default as to Sun Hee Chun)(Har, Taewoong)

**1:10-cv-05911-PKC Notice has been electronically mailed to:**

Taewoong Steven Har     tshar@duanemorris.com

**1:10-cv-05911-PKC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066318-0] [9776efc873c11af8a6f301671ede00598e7de37e49bd065f10c59c948461fa4e4b
63b334f6c8be6177bd54f766e43f449c963405d4fede9c5a053143add4b116]]
**Document description:** Text of Proposed Order Default as to Graceland Property LLC
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066318-1] [5c181bf196d732f862ef241089adec7d36fd2353411888836a97d1bf83841fbb34
921f9d4c5be8e372323069b2d90d130861168ce90342a725f3cf59dabeb1ce]]
**Document description:** Text of Proposed Order Default as to Sun Hee Chun
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066318-2] [6d18e5c5729f7cae8cce485b02c23c0d867f9687426cafb4749bd6a40d241772b7
43526d4bd2afd2173e6ad279207946f78cd51dd740d8d210b830cf0b0327cf]]